# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:15-cr-00288 LJO-BAM |
| Plaintiff, | COURT RESPONSE TO DEFENSE BRIEF (Doc. 253) |
| v. | |
| JORGE MARTINEZ, | |
| Defendant. | |

The Court has received and reviewed the Defense Brief (Document 253). The initial premise of the brief is a false one. Defense Counsel is under the misimpression that the Court is disallowing either the Defense Counsel and/or the Defendant from speaking at the sentencing hearing. That is not the case now, nor has it ever been the case.

The Court was saying before, and is reiterating now, that because informal objections were not filed timely, specifically in time for them to be addressed by the Probation Officer, the late filing of "Defendant's Objections to Presentence Investigation Report" (Document 246) will not be entertained or ruled upon, either directly or indirectly. In sum, the Court will neither rule on, nor entertain the late filed objections.

Secondly, with regard to Defendant's request to excuse the non-filing of timely informal objections, in light of the Defense assertion that "[t]his commentary does not speak to or find fault with any particular portion of the presentence report" (Document 253, page 2, lines 24-25), the request is moot.

IT IS SO ORDERED.

Dated: **June 15, 2017**                    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE