HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-CR-00288 LJO-SKO |
| *Plaintiff,* | APPLICATION AND [~~PROPOSED~~] ORDER APPOINTING *pro hac vice* CJA COUNSEL |
| vs. | |
| JORGE MARTINEZ, JR., | |
| *Defendant,* | |

Defendant, Jorge Martinez, Jr., through the Federal Defender for the Eastern District of California asks the Court to hereby appoint Kevin G. Little as *pro hac vice* CJA counsel, pursuant to 18 U.S.C. § 3006A(a)(1) and (c) and General Order No. 595 (appointing the federal defender to, among other things, represent any defendant who was previously determined to have been entitled to appointment of counsel to determine whether a defendant may qualify for relief under the compassionate release provision of the First Step Act).

Mr. Martinez contacted Kevin G. Little in regards to Appointment for Compassionate Release Motion. This request is made because Mr. Little represented defendant on his previous criminal charges and is willing to continue representation as *pro hac vice* CJA counsel. Mr. Martinez was sentenced on June 26, 2017 to 50 month's imprisonment with 36 months of Supervised Release upon his release and is still currently in custody.

There is urgency to this request given the significantly heightened risk of remaining in custody during the global pandemic. Therefore, it is respectfully recommended that *pro hac vice* CJA counsel be promptly appointed.

DATED: April 17, 2020             */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints *pro hac vice* counsel pursuant to 18 U.S.C. § 3006A.

DATED: April 17, 2020

*B. McAuliffe*
HONORABLE BARBARA A. MCAULIFFE
UNITED STATES DISTRICT JUDGE