Michael W. Berdinella, SBN 085038
Law Offices of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA 93704
Phone: (559) 436-8000
Fax: (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for Defendant JORGE MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>       **Plaintiff,**<br><br>**vs.**<br><br>**JORGE MARTINEZ,**<br><br>       **Defendant** | Case No.: 1:15-CR-00288-NONE-SKO-13<br><br>**ORDER FOR RELEASE AND TRANSPORT TO WESTCARE** |

 IT IS HEREBY ORDERED that Defendant JORGE MARTINEZ (Fresno County Jail Sheriff's Booking No. 2132001, JID No. 7109141) shall be released from the Fresno County Jail to Jimmy Belmontez, Investigator for the Law Office of Michael W. Berdinella, on Monday, January 3, 2022 at 9:00 a.m. Mr. Belmontez will then transport JORGE MARTINEZ directly to Westcare, located at 611 East Belmont in Fresno, for intake and admission into the program. If, for any reason, Westcare does not immediately accept Mr. MARTINEZ into the program, Mr. Belmontez will return Mr. MARTINEZ directly to the Fresno County Jail no later than 9:00 p.m. on Monday, January 3, 2022.

ORDER FOR RELEASE AND TRANSPORT TO WESTCARE - 1

While enrolled in the program, Mr. MARTINEZ is Ordered to participate and remain in the program until he satisfies the program's requirements or until further Order of this Court. All previously imposed terms and conditions of Supervised Release shall remain in full force and effect.

If Mr. MARTINEZ voluntarily leaves the program at any time prior to completing the program, or if he is terminated from the program for any reason, he is Ordered to immediately inform his Probation Officer and follow all instructions. The above release and transport details have been reviewed by Mr. MARTINEZ's Probation Officer, Laura Del Villar, and Government counsel.

IT IS SO ORDERED.

Dated: **December 28, 2021**       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

ORDER FOR RELEASE AND TRANSPORT TO WESTCARE - 2