Michael W. Berdinella
Law Office of Michael W. Berdinella
726 W. Barstow, Suite 100
Fresno, CA  93704
Phone: (559) 436-8000
Fax:  (559) 436-8900
Email: attyberdinella@gmail.com

Attorney for JORGE MARTINEZ

IN THE UNITED STATES DISTRIC COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JORGE MARTINEZ,**<br><br>**Defendant** | Case No.: 1:15-CR-00288-013<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**SENTENCING:  MARCH 25, 2022**<br>**TIME: 8:30 A.M.**<br>**JUDGE: JENNIFER L. THURSTON** |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Sentencing Hearing in the above captioned matter now set for March 25, 2022 at 8:30 am, be continued to April 15, 2022 at 8:30 a.m.

   .

STIPULATION TO CONTINUE SENTENCING - 1

                                          Respectfully Submitted,

DATED: March 18, 2022

                                          */s/ Michael W. Berdinella*
                                          Michael W. Berdinella
                                          Attorney for Defendant
                                          Jorge Martinez

DATED: March 18, 2022

                                          */s/ Laurel J. Montoya*
                                          Laurel J. Montoya
                                          Assistant United States Attorney

**ORDER**

Based upon the stipulation of the parties, the Sentencing Hearing of Jorge Martinez is CONTINUED until April 15, 2022.

        IT IS SO ORDERED.

                                      Dated: _/s/ Jennifer L. Thurston_
                                                        UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING - 2